**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Wuinderber E. Toro Centeno,

Petitioner,

- against -

Raul Maldonado, Jr., et al.,

Respondents.

---------------------------------------------------------------X

**ORDER**

No. 26-CV-0563 (RER)

**RAMÓN E. REYES, JR., District Judge.**

Respondents state that: "Petitioner has been detained since August 15, 2026, pursuant to 8 U.S.C. § 1225(b)(2)(A)." (ECF No. 6-1 ¶ 13). In light of Respondents' acknowledgement that *Barbosa da Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026), "which is controlling in this Circuit, likely counsels treating Petitioner as subject to 8 U.S.C. § 1226(a)" (ECF No. 6 at 3), the petition for writ of habeas corpus (ECF No. 1) is granted.

The Court has previously addressed ICE's statutory detention authority, and the same reasoning holds here. *See Arango v. Genalo*, No. 25-CV-6720 (RER), 2025 WL 3637500 (E.D.N.Y. Dec. 16, 2025); *Chander v. Maldonado et al*, No. 26-CV-0021 (RER) (E.D.N.Y. Jan. 13, 2026); *Serech Chom v. Noem et al*, No. 26-CV-597 (RER) (E.D.N.Y. Feb. 10, 2026); *Diaz-Esquibel v. Francis et al*, No. 26-CV-586 (RER) (E.D.N.Y. Feb. 10, 2026); *Ruiz Martinez v. Francis et al*, No. 26-CV-00649 (RER) (E.D.N.Y. Feb. 26, 2026); *Guarchaj v. Genalo et* al, No. 26-CV-00598 (RER) (E.D.N.Y. Mar. 9, 2026)*; Kobiashvili v. Joyce et al*, No. 26-CV-01178 (RER) (E.D.N.Y. Mar. 12, 2026)*; D.B.C. v. Genalo et al*, No. 26-CV-01618 (RER) (E.D.N.Y. Mar. 12, 2026); *Salas Martinez v. Maldonado et al*, No. 26-CV-1342 (RER) (E.D.N.Y. Mar. 13, 2026); *Ccoyllo Asto v. LaRocco et al*, No. 26-CV-01338 (RER) (E.D.N.Y. Mar. 13, 2026); *Cespedes Prieto et al v. Maldonado et al*, No.

26-CV-02133 (RER) (E.D.N.Y. Apr. 14, 2026); *Gomez-Gomez v. Mullin et al*, No. 26-CV-02507 (RER) (May 1, 2026); *Ochoa-Vizcaino v. Maldonado et al*, No. 26-CV-02545 (RER) (May 5, 2026).

Petitioner Wuinderber E. Toro Centeno (Alien Number 245-060-280) is to be released forthwith. Respondents are directed to file a letter regarding their compliance with this order no later than **5:00 P.M. on September 18, 2026**. Petitioner's Emergency Motion for Temporary Restraining Order (ECF No. 2) is moot.

Once the notice of release is received by the Court, the Clerk of Court is respectfully directed to enter final judgment and close the case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: September 18, 2026
Brooklyn, New York